1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Natividad Gutierrez
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 NATIVIDAD GUTIERREZ,             )   No.  1:10-CV-01688-LJO-DLB
                                    )
12              Plaintiff,           )   **STIPULATION FOR DISMISSAL OF**
                                    )   **ACTION; ORDER**
13         vs.                      )
                                    )
14 SRAN ENTERPRISES, et al.,        )
                                    )
15              Defendants.         )
                                    )
16                                  )
                                    )
17 _____   )

18      IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

19 Defendants Sran Enterprises, Gurmakh Singh Sran dba Lucky Mini Mart aka Lucky Exxon, the

20 parties to this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P.

21 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its

22 entirety.

23

24 Date: December 8, 2010                         MOORE LAW FIRM, P.C.

25

26

27                                                /s/Tanya Moore
                                                  Tanya Moore
28                                                Attorney for Plaintiff


*Gutierrez v. Sran Enterprises, et al.*
Stipulation for Dismissal
                              Page 1

| | |
|---|---|
| Date: December 8, 2010 | MacARTHUR & NEILSON |

/s/ Bruce A. Neilson
Bruce A. Neilson, Attorneys for Defendants

**<u>ORDER</u>**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The Clerk of the Court is directed to close this action in its entirety.


Dated: December 8, 2010           /s/ Lawrence J. O'Neill_____
                                  United States District Court Judge

*Gutierrez v. Sran Enterprises, et al.*
Stipulation for Dismissal